RECEIVED
IN LAKE CHARLES, LA
NOV -8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MATHEW S. BERNARD** | : | **DOCKET NO. 2:05-cv-547** |
| VS. | : | JUDGE MINALDI |
| **FEDERAL BUREAU OF PRISONS** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the magistrate judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the "Motion for Temporary Restraining Order and Preliminary Injunction" [doc. #6], the "Motion for Emergency Disposition on the Motion for Temporary Restraining Order and Preliminary Injunction" [doc. #7] be DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 8 day of Nov, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT