UNITED STATES DISTRICT COURT

RECEIVED
IN LAKE CHARLES, LA

NOV - 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MATHEW S. BERNARD | : | DOCKET NO. 2:05-cv-547 |
| VS. | : | JUDGE MINALDI |
| FEDERAL BUREAU OF PRISONS | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the magistrate judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* [doc. #3] be DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 8 day of Nov, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT